# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW D. RALSTON and** | | |
| **VICTORIA RALSTON, h/w** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **METROPOLITAN PROPERTY AND** | : | |
| **CASUALTY INSURANCE COMPANY** | : | |
| **d/b/a MetLife Auto & Home** | : | **NO. 20-304** |

## ORDER

**NOW**, this 12th day of June, 2020, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED** with prejudice pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Metropolitan Property and Casualty Insurance Company shall not include Hillis Adjustment Agency as a payee on any settlement check and plaintiffs' counsel shall not distribute or disburse any funds from the settlement to Hillis Adjustment Agency.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.